# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KEVIN E. RADFORD, | ) | NO. CV 10-2513 VAP (FMO) |
| Plaintiff, | ) | |
| v. | ) | **JUDGMENT** |
| J. STONE, et al., | ) | |
| Defendants. | ) | |

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: September 29, 2010.

_____
VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE